In the Matter of Andrew F. MALONE.

No. 953 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Sept. 1, 2004.

**ORDER**

PER CURIAM:

AND NOW, this 1st day of September, 2004, the Joint Petition for Temporary Suspension is granted, Andrew F. Malone is placed on temporary suspension, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. The matter is hereby referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Frank J. MARCONE, Respondent**

No. 613 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Sept. 10, 2004.

**ORDER**

PER CURIAM.

AND NOW, this 10th day of September, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 26, 2004, the Exceptions to the Report and Recommendations and Answer thereto, it is hereby

ORDERED that Frank J. Marcone be and he is suspended from the Bar of this Commonwealth for a period of five years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

Justice NIGRO dissents as he would disbar respondent.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Edward Bissau MENDY, Respondent.**

No. 738 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Sept. 14, 2004.

**CORRECTED ORDER**

PER CURIAM:

AND NOW, this 14th day of September, 2004, on certification by the Disciplinary Board that the respondent, EDWARD BISSAU MENDY, who was suspended by Order of this Court dated June 6, 2002, for a period of six months, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, EDWARD BISSAU MENDY, is hereby reinstated to active status, effective immediately.